**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

           **v.**            **Criminal No. 12-50016**

**PAUL BRADLEY**                                                              **DEFENDANT**

### **O R D E R**

Before the Court is the **Amended and Substituted Magistrate Judge's Report and Recommendation** (document #21), filed on July 3, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Amended and Substituted Magistrate Judge's Report and Recommendation** (document #21) is **adopted *in toto***. Defendant is competent to proceed in this matter.

**IT IS SO ORDERED.**

                                                            **/s/ Jimm Larry Hendren**
                                                            **JIMM LARRY HENDREN**
                                                            **UNITED STATES DISTRICT JUDGE**